# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of H.M.-T., a child.

S.T.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2024-0170

_____

June 5, 2024

Appeal from the Circuit Court for Hillsborough County; Lisa D. Campbell, Judge.

Jonathan E. Hackworth of Hackworth Law, P.A., Tampa, for Appellant.

Andrew Feigenbaum of Children's Legal Services, West Palm Beach, for Appellee Department of Children and Families.

Douglas J. Glaid of Statewide Guardian ad Litem Office, Defending Best Interests Project, Fort Lauderdale; and Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Statewide Guardian Ad Litem Office, Tallahassee, for Appellee Guardian ad Litem.


PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.